There is no dispute that defendant Karsay was not in the act of water skiing when the accident occurred and that the ski used by her had "been safely taken on board the vessel." (Appeal from order of Supreme Court, Erie County, Cook, J.—declaratory judgment.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES ESTADES, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985 [decided herewith]). (Appeal from judgment of Supreme Court, Wyoming County, Ostrowski, J.—habeas corpus.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERRY FLEMING, Appellant-Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent-Appellant.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeals from judgment of Supreme Court, Wyoming County, Newman, J.—habeas corpus.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDDIE CARRERAS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, La Mendola, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CORCORAN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN QUINONES, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judg-